1   Eugene S. Thompson, State Bar No. 144779
    THOMPSON LAW, APC
2   9655 Granite Ridge Drive, Suite 200
    San Diego, California 92123
3   (858) 585-7089

4

5   Attorney for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9              SAN  FRANCISCO DIVISION

10

11  AARON RAY and DAVID        )   CASE NO.  3:25-cv-03134-TLT
    THOMPSON,                  )
12                             )
                               )   [PROPOSED] ORDER OF DISMISSAL
13                             )
              Plaintiffs,      )
14                             )   [Removed from Alameda County Superior Court,
    v.                         )    Case No. 25CV112696]
15                             )
                               )
16  CALIFORNIA NURSES          )
    ASSOCIATION/NATIONAL       )
17  NURSES UNITED, a California )
    business entity, STAFF     )
18  PERSONNEL & CLERICAL       )
    ASSOCIATION, a California  )
19  business entity and DOES 1 through )
    100, inclusive,            )
20                             )   Action Filed: April 7, 2025
              Defendants.      )   Trial Date: October 18, 2027
21                             )
                               )
22  _____)

23      Having considered the Notice of Dismissal/Stipulation for Dismissal submitted pursuant to

24  Federal Rules of Civil Procedure Rule 41(a) and good cause appearing, the Court orders as

25  follows:

26      1.  The action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure

27  Section 41(a)(1)(A)(ii).

28      2.  Each party shall bear its own costs and attorney's fees, unless otherwise expressly stated

    ORDER FOR DISMISSAL

in the Stipulation or Order.

   3. The Clerk shall close the case.

**IT IS SO ORDERED.**


Dated:  November 17, 2025   

           UNITED STATES DISTRICT COURT  JUDGE